[Crim. No. 1734. Third Appellate District.—June 25, 1940.]

THE PEOPLE, Respondent, v. (RAYMOND) BRADLEY LANE, Appellant.

No appearance for Appellant.

Earl Warren, Attorney-General, and J. Q. Brown, Deputy Attorney-General, for Respondent.

THE COURT.—The appellant was convicted in the Superior Court of Shasta County of the crime of burglary, a felony. The transcript on appeal was filed in this court June 3, 1940. No brief has been filed in behalf of appellant. The cause was regularly placed on the calendar for oral argument on June 25, 1940. No appearance was made for appellant at the time the case was called for hearing.

Pursuant to the provisions of section 1253 of the Penal Code the judgment is affirmed.